IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:14CR47** |
| vs. | |
| JEFFREY LESLIE, | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's motion for copies (Filing No. 36), including the docket sheet, indictment, plea agreement, sentencing memorandum by defense counsel, and the judgment and commitment order. The defendant requests a waiver of fees associated with the costs of the copies.

The Court sentenced the defendant on the Indictment in this case on July 10, 2014, (Filing No. 30 and 31). At this time, Defendant has no motions or cases pending before this court, and Defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. Defendant is, of course, free to request copies of these filings and to pay the costs of the same. There is no Sentencing Memorandum by Defense Counsel in this case, however, defense counsel did file Objections to the Presentence Investigation Report (Filing No. 26), and Defendant is free to request copies of the filing, and to pay the costs of the same.

THEREFORE, IT IS ORDERED that Defendant's Motion for Copies and to waive such costs [36] is denied.

Dated this 8th day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge